# Court of Appeals
# of the State of Georgia

ATLANTA,  August 11, 2022

*The Court of Appeals hereby passes the following order:*

## A23D0007. JERMAINE BULLARD, SR. v. SHAWNDRA MERRIWEATHER.

Jermaine Bullard, Sr. ("Father") and Shawndra Merriweather ("Mother") divorced in 2011. One child was born during the parties' marriage. In June 2019, Mother filed a petition for modification of parenting time and contempt for failing to pay child support. Father filed a petition for modification of visitation and custody. Father subsequently supplemented his petition, seeking week-on-week-off 50/50 custody, and again seeking primary physical custody of the child. The trial court issued a final order on August 10, 2021, eliminating Father's weekday overnights and finding Father's petition for modification of visitation and custody was without merit and lacked substantial justification. In the final order, the trial court reserved the issue of attorney fees. Thereafter, on June 22, 2022, the trial court entered an order for Father to pay Mother's attorney fees pursuant to OCGA §§ 19-9-3 (g), 19-6-2, 19-6-15, and 9-15-14. Father then filed this application for discretionary appeal, seeking to challenge the modification of custody and parenting time, child support award, and attorney fees award.

Under OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody" are directly appealable, including interlocutory custody orders. See *Lacy v. Lacy*, 320 Ga. App. 739, 742 (3) (740 SE2d 695) (2013). Because the trial court's August 10, 2021 order modified custody, and became final on the entry of the order on attorney fees on June 22, 2022, it is subject to direct appeal. See *Norrod v. Willingham*, 361 Ga. App. 1, 3 (2) (862 SE2d 577) (2021) (no final judgment until the trial court enters an order resolving the reserved issue of attorney fees).

We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Father shall have ten days from the date of this order to file a notice of appeal if he has not already done so. The clerk of the superior court is DIRECTED to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,* __08/11/2022__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*